UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff,<br><br>    v.<br><br>SEMPERVIRENS MENTAL HEALTH FACILITY, et al.,<br><br>          Defendants. | Case No. 14-cv-00816-JD<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S EX PARTE REQUESTS REGARDING PSEUDONYMITY AND SCHEDULING**<br><br>Re: Dkt. No. 4 |

       The Court has reviewed Plaintiff's request to proceed with this action under a pseudonym. The request is granted in part, subject to the terms below.

       We have a strong tradition of transparent litigation in our federal courts. As our circuit court has recognized, the "use of fictitious names runs afoul of the public's common law right of access to judicial proceedings, and Rule 10(a)'s command that the title of every complaint 'include the names of all the parties.'" *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (2000) (citations omitted).

       The Court is unwilling to grant at this stage, when no defendant has been served or has appeared, the broad anonymity in court filings that Plaintiff requests. Plaintiff is therefore directed to proceed with the service of his Complaint on Defendants in the current "John Doe" format. After effectuating service, Plaintiff may re-file his request to proceed in pseudonym by June 4, 2014, as a regular motion, with notice to all Defendants. Until that time (or, if Plaintiff files a timely motion, until an order is issued on that motion), Plaintiff's identity shall not be disclosed to the general public. Plaintiff will be referred to as John Doe in all pleadings and other documents related to this litigation, as well as in any proceedings that may be held before this Court. Defendants and their attorneys shall not disclose Plaintiff's identity to any other person or entity

except as may be necessary to defend against this action. These interim measures will be reviewed in the course of deciding Plaintiff's regularly noticed motion. If Plaintiff chooses not to file the motion to proceed in pseudonym by June 4, 2014, the Court will lift the measures *sua sponte*.

Plaintiff's *ex parte* request for the entry of a protective order is denied without prejudice. The scope of the proposed order is much too broad, and Plaintiff must first meet and confer with Defendants in a good faith attempt to reach agreement on the terms of a stipulated protective order before seeking the intervention of this Court.

Plaintiff's request for a continuance of the initial Case Management Conference is granted. The initial Case Management Conference currently set for May 28, 2014 is continued to July 9, 2014, and all other deadlines in the Initial Case Management Scheduling Order with ADR Deadlines (Dkt. No. 3) shall be continued accordingly.

**IT IS SO ORDERED.**

Dated:  5/13/14

_____
JAMES DONATO
United States District Judge