1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    JOHN DOE,                                Case No.  14-cv-00816-JD

                    Plaintiff,
8
                                             **ORDER TO SHOW CAUSE**
9            v.

10   SEMPERVIRENS MENTAL HEALTH
     FACILITY, et al.,
11                  Defendants.

12

13          At 9:30 a.m. this morning, Wednesday, July 23, 2014, the Court held a hearing on

14   plaintiff's motion for confirmation of his right to proceed pseudonymously.  Dkt. No. 17.  Counsel

15   for defendants Sempervirens Mental Health Facility, Dr. Asha George, Dr. Chris Starets-Foote,

16   and Kamala D. Harris did not appear.

17          Although counsel for defendants filed statements of non-opposition to plaintiff's motion

18   (Dkt. Nos. 21 and 22), neither counsel requested nor were granted leave not to appear at the

19   hearing.  Accordingly, defendants' counsel are hereby ordered to show cause in writing why

20   monetary sanctions should not be imposed pursuant to this Court's inherent powers for their

21   respective failures to appear at a noticed hearing in this matter.  The responses to this order are due

22   by 12:00 p.m. on Friday, July 25, 2014.  Plaintiff's counsel need not submit a statement.

23          **IT IS SO ORDERED.**

24   Dated:  July 23, 2014

25          _____
                          JAMES DONATO
26                        United States District Judge

27

28

United States District Court
Northern District of California